329 So.2d 140
**In re David Michael ISBELL**

v.

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTY. GENERAL.**

**SC 1760.**

Supreme Court of Alabama.

April 2, 1976.

William J. Baxley, Atty. Gen., and Ellis D. Hanan, Asst. Atty. Gen., for the State petitioner.

No appearance for respondent.

FAULKNER, Justice.

Petition of the State by its Atty. Gen. for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Isbell v. State*, 57 Ala.App. 444, 329 So.2d 133.

WRIT DENIED.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.

325 So.2d 562
**In re Cleo JACKSON, Jr.**

v.

**STATE.**

**Ex parte Cleo Jackson, Jr.**

**SC 1627.**

Supreme Court of Alabama.

Jan. 15, 1976.

J. D. Quinlivan, Jr., and Lionel L. Layden, Mobile, for petitioner.

No appearance for the State.

BLOODWORTH, Justice.

Petition of Cleo Jackson, Jr. for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Jackson v. State*, 57 Ala.App. 30, 325 So.2d 546.

Writ denied.

HEFLIN, C. J., and FAULKNER, ALMON and EMBRY, JJ., concur.